**Electronically Filed
Supreme Court
SCWC-29827
20-JUN-2012
12:19 PM**

NO. SCWC-29827

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

In the Matter of the Arbitration between
ASSOCIATION OF APARTMENT OWNERS OF INTERNATIONAL COLONY CLUB,
Respondent/Petitioner-Appellee,

vs.

DAN DEIGERT and EDITH DEIGERT, Individually and as Trustee of the
Edith M. Deigert Revocable Living Trust dated April 22, 2006,
Petitioners/Respondents-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29827; SP. NO. 09-1-0011(3))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Crandall, assigned by reason of vacancy)

The application filed on May 10, 2012 by

Petitioners/Respondents-Appellants Dan Deigert and Edith Deigert,

Individually and as Trustee of the Edith M. Deigert Revocable

Living Trust dated April 22, 2006, was filed more than thirty

days after the filing of the February 10, 2012 judgment on appeal

filed by the Intermediate Court of Appeals.  The application is

untimely and thus, this court lacks appellate jurisdiction.  See

HRS § 602-59(c) (Supp. 2011); HRAP Rule 40.1(a).  Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED:  Honolulu, Hawai'i, June 20, 2012.

Charles H. Brower,
for petitioner

John P. Manaut, and
Lindsay N. McAneeley,
(Carlsmith Ball LLP)
for respondent
(on Affirmative Claims)

Jonathan L. Ortiz, and
Wade J. Katano
(Ortiz & Katano),
for respondent
(on Defense Claims)

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Virginia L. Crandall

